# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MARK ALLAN DALE, <br> 2. LARK LAVONNE DALE, <br><br>     Plaintiff, <br><br> v. <br><br> 1. SAFECO INSURANCE <br>    COMPANY OF AMERICA, A Foreign <br>     For Profit Insurance Corporation, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.CIV-13-658-C <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF SETTLEMENT**

    Comes Now the Plaintiffs, Mark Allan Dale and Lark Lavonne Dale, by and through their counsel of record, Michael D. McGrew, who hereby give notice to the court that the parties have reached a settlement of the above captioned matter.  At this time, the parties are in the process of exchanging settlement release documents and drafts.  The parties hereby request that any scheduled court appearances and deadlines be stricken.  The Plaintiffs and Defendant anticipate that a final dismissal will be filed within thirty days.

Respectfully submitted this 13th day of December, 2013.

                              **By:   /s/Michael McGrew**
                              Michael D. McGrew, OBA # 13167
                              Michael D. McGrew & Associates, P.C.
                              400 N. Walker, Suite 115
                              Oklahoma City, OK 73102
                              Telephone: (405) 235-9909
                              Facsimile:   (405) 235-9929
                              E-Mail:       mcgrewslaw@yahoo.com

-3-

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 13, 2013, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Attorneys for Defendant
Tim Cain
Barbara Buratti

         *S/ Michael D. McGrew*
         Michael D. McGrew