IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. MARK ALLAN DALE, | ) | |
| 2  LARK LAVONNE DALE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-13-658-C |
| | ) | |
| 1. SAFECO INSURANCE COMPANY | ) | |
| OF AMERICA, a Foreign For Profit | ) | |
| Insurance Company | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear their or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

 /s/ Michael D. McGrew
Michael D. McGrew, OBA #13167
Michael D. McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone: 405-235-9909
Facsimile: 405-235-9929
Email: mcgrewslaw&yahoo.com
**Attorney for Plaintiffs**

/s/ Tim D. Cain
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile: (405) 236-2607
Email:TimC@wcalaw.com
Email: BarbaraB@wcalaw.com
**Attorneys for Defendants**
**Peerless Indemnity Insurance Company and**
**America First Insurance Company**